**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 728 MAL 2014
                                      :
            Respondent        :
                                        : Petition for Allowance of Appeal from the
                                        : Order of the Superior Court
           v.                        :
                                        :
                                        :
EDWARD SCOTT,                 :
                                        :
            Petitioner          :

## ORDER

**PER CURIAM**

       **AND NOW**, this 24th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.